# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| JANE DOE (A.R.J.), | § | |
|       *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:24-cv-0109-RP |
| | § | |
| WYNDHAM HOTELS AND | § | |
| RESORTS, INC.; *et al.,* | § | |
|       *Defendants.* | § | |

## AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rule of Civil Procedure, Plaintiff Jane Doe A.R.J. voluntarily dismisses her claims against all remaining defendants including Wyndham Hotles & Resorts, Inc., Wyndham Hotel Group, LLC, Super 8 Worldwide, Inc. and Akshar Krupa, L.L.C. **with** prejudice. Plaintiff has conferred with counsel for the Defendants who consent and stipulate to this dismissal and agree that each party will bear its own attorney's fees and costs. The parties agree not to file any further motions in this case once this Amended Notice of Voluntary Dismissal with Prejudice is e-filed in this matter.

DATED: December 16, 2025,                    Respectfully Submitted,

                                    **Provost ✶ Umphrey Law Firm, L.L.P.**

**By:**    /s/ *Bryan O. Blevins, Jr.*
               Bryan O. Blevins, Jr. | SBN 02487300
               Matt Matheny | SBN 24039040
               Colin D. Moore | SBN 24041513
               Claire Brown
               350 Pine Street, Ste. 1100
               Beaumont, TX 77701
               (409) 835-6000 Telephone
               (409) 838-8888 Facsimile
               bblevins@pulf.com

mmatheny@pulf.com
cmoore@pulf.com
cbrown@pulf.com

Kenneth T. Fibich
Sara J. Fendia
Fibich Lebbron Copeland Briggs
1150 Bissonnet
Houston, TX 77005
(713) 751-0025
Fax (713) 751-0030
tfibich@fibichlaw.com
sfendia@fibichlaw.com

*ATTORNEYS FOR PLAINTIFF*

*/s/R.E. Felix Cox*
R.E. (Felix) Cox
Rodney E. Cox SBN 24040739
Michael I. Ramirez SBN 24008604
Jeffrey A. Saenz SBN 24096660
McCoy Leavitt Laskey LLC
20726 Stone Oak Pkwy, Ste 116
San Antonio, TX 78233
210-446-2828
Fax: 262-522-7020
fcox@mlllaw.com

*Counsel for Defendant Akshar Krupa, L.L.C.*

**DLA PIPER LLP (US)**

*/s/ Mallory Biblo*
Mallory Biblo
State Bar No. 24087165
mallory.biblo@us.dlapiper.com
1900 N. Pearl St. Suite 2200
Dallas, Texas 75201
T: 214.743.4500
F: 214.743.4545

David S. Sager (*pro hac vice*)
david.sager@us.dlapiper.com
51 John F. Kennedy Parkway
Suite 120
Short Hills, New Jersey 07078
T: 973.520.2570
F: 973.520.2551

2

Susan Acquista (*pro hac vice*)
Susan.acquista@dlapiper.com
4365 Executive Drive, Suite 1100
San Diego, California 92121
T: 858.677.1400
F: 858.677.1401

*Counsel for Defendants
Wyndham Hotels & Resorts, Inc.,
Wyndham Hotel Group, LLC, and
Super 8 Worldwide, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of December, 2025, a true and correct copy of the foregoing was served via the CM/ECF system, which sent notification of service to all counsel of record.

*/s/ Bryan O. Blevins, Jr.*
Bryan O Blevins, Jr.

3